**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant
CITY OF RANCHO CORDOVA
*Exempt from filing fee pursuant to Government Code section 6103*

### UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN R. DECKER, an Individual, | **CASE NO.: 2:24-cv-00021-DJC-AC** |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF SACRAMENTO, a Municipal Corporation; SACRAMENTO COUNTY SHERIFF'S OFFICE, SCOTT R. JONES, in his official capacity as Sacramento County Sheriff; SACRAMENTO MUNICIPAL UTILITY DISTRICT, a Municipal Utility District; ROBERT DUGGAN, in his official capacity as an employee of SMUD; CITY OF RANCHO CORDOVA, a Municipal Corporation; CITY OF RANCHO CORDOVA POLICE DEPARTMENT, BRANDON M. LUKE in his official capacity as Chief of Police, for the Rancho Cordova Police Department; GEORGE PARSONS, in his official capacity as a Sacramento County Sheriff's Deputy and/or a Rancho Cordova Police Officer; JEFF COUCH, in his official capacity as a Sacramento County Sheriff's Deputy and/or a Rancho Cordova Police Sergeant; and DOES 1 TO 50, inclusive. | Complaint filed: 11/04/2021 |
| Defendants. / | |

WHEREAS, Plaintiff BRIAN R. DECKER ("Plaintiff"), Defendants CITY OF RANCHO CORDOVA, COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH ("Defendants") (Plaintiff and Defendants will be collectively referred to as "Parties") have been meeting and conferring regarding Defendants' responsive pleading in this matter, including a potential Motion to Dismiss.

WHEREAS, Counsel for Defendants CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH (collectively, "City Defendants") provided Plaintiff's counsel with authority supporting its anticipated Motion to Dismiss.

WHEREAS, Plaintiff's counsel indicated he would review the authorities described above and possibly amend the First Amended Complaint ("FAC") after reviewing the authorities.

WHEREAS, Plaintiff's counsel is currently ill and likely would not be able to amend the FAC prior to the current responsive pleading deadline, February 8, 2024.

WHEREAS, any responsive pleading filed by any of the Defendants in this matter may be rendered moot if Plaintiff amends his FAC.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by and through their respective undersigned counsel, that the time for Defendants herein to respond to the FAC shall be extended up to and including **March 7, 2024**.

**IT IS SO STIPULATED.**

Dated: 2/2/2024                                         GORMAN LAW OFFICE


                                                        By  /s/ *A. Alexander Gorman*
                                                              A. Alexander Gorman
                                                              Attorney for Plaintiff BRIAN R. DECKER

/ / /

/ / /

4876-6093-1146, v. 1

| | | |
|---|---|---|
| 1 | Dated:  2/2/2024 | PORTER SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |
| 3 | | |
| 4 | | By:  /s/ *Alison J. Southard* |
| 5 | | William E. Camy |
| | | Alison J. Southard |
| 6 | | Attorneys for Defendant |
| 7 | | CITY OF RANCHO CORDOVA |

Dated:  2/2/2024    RIVERA HEWITT PAUL LLP

By:  /s/ *Jonathan B. Paul*
Jonathan B. Paul
Attorney for Defendant COUNTY OF SACRAMENTO

Dated:  2/2/2024    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ *Jeffrey Schultz*
Jeffrey Schultz
John Poulos
Attorneys for Defendant SACRAMENTO MUNICIPAL UTILITY DISTRICT and ROBERT DUGGAN

4876-6093-1146, v. 1

3

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

# ORDER

Having reviewed the STIPULATION among the Parties and finding good cause therefore, it is hereby ordered that:

The deadline for Defendants CITY OF RANCHO CORDOVA, COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH shall be extended up to and including **March 7, 2024**.

**IT IS SO ORDERED.**

Dated:  February 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4876-6093-1146, v. 1

4

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT