**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant
CITY OF RANCHO CORDOVA
*Exempt from filing fee pursuant to Government Code section 6103*

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN R. DECKER, an Individual,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a Municipal Corporation; SACRAMENTO COUNTY SHERIFF'S OFFICE, SCOTT R. JONES, in his official capacity as Sacramento County Sheriff; SACRAMENTO MUNICIPAL UTILITY DISTRICT, a Municipal Utility District; ROBERT DUGGAN, in his official capacity as an employee of SMUD; CITY OF RANCHO CORDOVA, a Municipal Corporation; CITY OF RANCHO CORDOVA POLICE DEPARTMENT, BRANDON M. LUKE in his official capacity as Chief of Police, for the Rancho Cordova Police Department; GEORGE PARSONS, in his official capacity as a Sacramento County Sheriff's Deputy and/or a Rancho Cordova Police Officer; JEFF COUCH, in his official capacity as a Sacramento County Sheriff's Deputy and/or a Rancho Cordova Police Sergeant; and DOES 1 TO 50, inclusive.<br><br>   Defendants.<br>_____ / | **CASE NO.: 2:24-cv-00021-DJC-AC**<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF BRIAN R. DECKER TO FILE SECOND AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed: 11/04/2021 |

4876-6093-1146, v. 1

1

STIPULATION AND ORDER ALLOWING PLAINTIFF BRIAN R. DECKER TO FILE SECOND AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREAS, Plaintiff BRIAN R. DECKER ("Plaintiff"), Defendants CITY OF RANCHO CORDOVA, COUNTY OF SACRAMENTO (also sued as "SACRAMENTO COUNTY SHERIFF'S OFFICE"), SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH ("Defendants") (Plaintiff and Defendants will be collectively referred to as "Parties") have been meeting and conferring regarding Defendants' responsive pleading in this matter, including a potential Motion to Dismiss.

WHEREAS, Counsel for Defendants CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH (collectively, "City Defendants") provided Plaintiff's counsel with authority supporting the City Defendants' anticipated Motion to Dismiss. Additionally, counsel for the City Defendants provided Plaintiff's counsel with a Declaration of Defendant Brandon M. Luke to meet and confer regarding dismissal of Brandon M. Luke from this case.

WHEREAS, Plaintiff's counsel indicated he would review the authorities described above and possibly amend the First Amended Complaint ("FAC") after reviewing the authorities.

WHEREAS, the Parties previously stipulated to extend Defendants' deadline to file a responsive pleading in this matter to March 7, 2024, while Plaintiff's counsel reviewed relevant legal authorities.

WHEREAS, Plaintiff's counsel has indicated to counsel for the City Defendants that he will file a Second Amended Complaint ("SAC") in this matter addressing the issues raised during the meet and confer process.

WHEREAS, Plaintiff's counsel has also met and conferred with the County Defendants regarding the County Defendants' anticipated Motion to Dismiss the FAC.

WHEREAS, a responsive pleading filed by any of the Defendants in this matter will be rendered moot when Plaintiff files his SAC.

WHEREAS, Plaintiff's counsel indicated he will not be able to file the SAC before March 7, 2024, the current deadline for Defendants to file a responsive pleading.

/ / /

/ / /

4876-6093-1146, v. 1

2

STIPULATION AND ORDER ALLOWING PLAINTIFF BRIAN R. DECKER TO FILE SECOND AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, by and through their respective undersigned counsel:

1. That there is good cause for Plaintiff to file a SAC;
2. That the time for Defendants herein to respond to the FAC shall be extended up to and including **April 11, 2024.**

**IT IS SO STIPULATED.**

Dated: 3/1/2024                                    GORMAN LAW OFFICE


By  /s/ *Alexander Gorman*
A.  Alexander Gorman
Attorney for Plaintiff BRIAN R. DECKER


Dated:   3/1/2024                                  PORTER SCOTT
A PROFESSIONAL CORPORATION


By:   /s/ *Alison J. Southard*
William E. Camy
Alison J. Southard
Attorneys for Defendants
CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, JEFF COUCH

4876-6093-1146, v. 1

3

STIPULATION AND ORDER ALLOWING PLAINTIFF BRIAN R. DECKER TO FILE SECOND AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Dated: 3/1/2024                                RIVERA HEWITT PAUL LLP


By:     /s/ *Jonathan B. Paul*
         Jonathan B. Paul
         Attorney for Defendants COUNTY OF
         SACRAMENTO AND SCOTT JONES

Dated: 3/1/2024                                LEWIS BRISBOIS BISGAARD &
                                               SMITH LLP


By:     /s/ *Jeffrey Schultz*
         Jeffrey Schultz
         John Poulos
         Attorneys for Defendants SACRAMENTO
         MUNICIPAL UTILITY DISTRICT and
         ROBERT DUGGAN

**ORDER**

Having reviewed the STIPULATION among the Parties and finding good cause therefore, it is hereby ordered that:

1. That there is good cause for Plaintiff to file a SAC;
2. Plaintiff shall file the SAC within 21 days of the signing of this Order;
3. That the time for Defendants herein to respond to the FAC shall be extended up to and including **April 11, 2024.**

**IT IS SO ORDERED.**

Dated: March 7, 2024                      /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

4876-6093-1146, v. 1                              5
STIPULATION AND ORDER ALLOWING PLAINTIFF BRIAN R. DECKER TO FILE SECOND AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS COUNTY OF SACRAMENTO, SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA, BRANDON M. LUKE, GEORGE PARSONS, AND JEFF COUCH TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT