A. Alexander Gorman, Esq. (SBN 158719)
GORMAN LAW OFFICE
Pavilions Professional Center
Suite 200, 641 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 448-1405
Alex@Gorman.Law

Attorneys for Plaintiff
BRIAN R. DECKER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DECKER,<br><br>　Plaintiff,<br><br>　v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; SCOTT R. JONES; SACRAMENTO MUNICIPAL UTILITY DISTRICT; ROBERT DUGGAN; CITY OF RANCHO CORDOVA; CITY OF RANCHO CORDOVA POLICE DEPARTMENT; BRANDON M. LUKE; GEORGE PARSONS; JEFF COUCH; AND DOES 1 TO 50, INCLUSIVE,<br><br>　Defendants. | Case No.: 2:24-cv-00021-DJC-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND**<br><br>Complaint filed: 11/04/2021 |

1

Having reviewed the STIPULATION among the Parties and finding good cause therefore, it is hereby ordered that:

1. There is good cause for Plaintiff to file a SAC;
2. The time for Plaintiff to file the SAC shall be extended up to and including **April 11, 2024**; and
3. The time for Defendants herein to respond to the SAC shall be extended up to and including **May 1, 2024**.

IT IS SO ORDERED.

Dated: March 29, 2024         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

2