A. Alexander Gorman, Esq. (SBN 158719)
GORMAN LAW OFFICE
Pavilions Professional Center
Suite 200, 641 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 448-1405
Alex@Gorman.Law

Attorneys for Plaintiff
BRIAN R. DECKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN R. DECKER, | Case   2:24-cv-00021-DJC-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; SCOTT R. JONES; SACRAMENTO MUNICIPAL UTILITY DISTRICT; ROBERT DUGGAN; CITY OF RANCHO CORDOVA; CITY OF RANCHO CORDOVA POLICE DEPARTMENT; BRANDON M. LUKE; GEORGE PARSONS; AND JEFF COUCH | REMANDING THIS CASE BACK TO THE SUPERIOR COURT FOR THE COUNTY OF SACRAMENTO  Complaint filed:  11/04/2021 |
| Defendants. | |

WHEREAS, Plaintiff BRIAN R. DECKER ("Plaintiff'), Defendants COUNTY OF SACRAMENTO (also sued as "SACRAMENTO COUNTY SHERIFF'S OFFICE"), SCOTT R. JONES, SACRAMENTO MUNICIPAL UTILITY DISTRICT, ROBERT DUGGAN, CITY OF RANCHO CORDOVA (also sued as "CITY OF RANCHO CORDOVA POLICE DEPARTMENT"), BRANDON M. LUKE, GEORGE PARSONS,

1  AND JEFF COUCH ("Defendants") (Plaintiff and Defendants will be collectively referred
2  to as "Parties") have been meeting and conferring regarding Plaintiff's potential Motion to
3  Remand.
4   WHEREAS, on November 4, 2021, Plaintiff BRIAN R. DECKER filed a Complaint
5  in the Superior Court of California for the County of Sacramento in <u>Decker v. County of
6  Sacramento, et al.</u>, Case No. 34-2021-00310830 containing seven state law causes of
7  action and a single federal cause of action for a violation of 42 USC §1983.
8   WHEREAS, on January 4, 2024, Defendant CITY OF RANCHO CORDOVA filed
9  a Notice of Removal to this Court from the Superior Court of California, County of
10 Sacramento based on the single federal cause of action for a violation of 42 USC §1983
11 which conferred original jurisdiction upon this court.
12  WHEREAS, Plaintiff BRIAN R. DECKER filed a Second Amended Complaint on
13 April 11, 2024 in which he did not reassert his federal claims that gave this honorable
14 Court original jurisdiction over this action. His Second Amended Complaint now contains
15 only state law claims subject to this Court's supplemental jurisdiction.
16  WHEREAS, Plaintiff's counsel has previously provided to all counsel for the
17 Defendants case authorities supportive of a Motion to Remand the case back to the
18 Superior Court of California, County of Sacramento. Once federal claims that formed the
19 basis of federal question jurisdiction are dismissed, the court has discretion to retain,
20 remand, or dismiss the supplemental state law claims. *Carnegie-Mellon Univ. v. Cohill,*
21 *484 U.S. 343, 357 (1988)*. If the federal questions are eliminated relatively soon after
22 removal, absent evidence of bad faith, remanding the case to state court rather than
23 dismissal is ordinarily preferred. *Id.*; see also *Albingia Versicherungs A.G. v. Schenker*
24 *Int'l, Inc., 344 F.3d 931, 939 (9th Cir. 2003)* (explaining federal courts should ordinarily
25 decline supplemental jurisdiction after dismissal of jurisdiction conferring claims, but
26 dismissal is not mandatory). The discretionary remand decision depends upon what "will
27 best accommodate the values of economy, convenience, fairness, and comity. . . ."
28 *Carnegie-Mellon Univ., 484 U.S. at 351 (citing United Mine Workers of Am. v. Gibbs, 383*

1  *U.S. 715, 726-27 (1966))*. When the balance of these factors indicates a case properly
2  belongs in state court, the federal court should decline jurisdiction. Id. Moreover, absent
3  evidence of bad faith, a plaintiff's decision to move to a state forum is permissible.
4  *Baddie v. Berkeley Farms, Inc., 64 F.3d 487, 490-91 (9th Cir. 1995). See also Barnes v.*
5  *Cnty. of Placer, 654 F. Supp. 2d 1066, 1073 (E.D. Cal. 2009)* (stating that "primary
6  responsibility for developing and applying state law rests with the state courts"), aff'd on
7  other grounds, *386 F. App'x 633 (9th Cir. 2010)*.
8         WHEREAS, all parties have agreed to Stipulate to an Order of this Court
9  Remanding the case back to the Superior Court of California for the County of
10 Sacramento in <u>Decker v. County of Sacramento, et al.</u>, Case No. 34-2021-00310830.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND ORDER TO REMAND
3

1  THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, by and through their respective undersigned counsel:

1. That there is good cause for this case to be Remanded back to the Superior Court of California for the County of Sacramento, in County of Sacramento in Decker v. County of Sacramento, et al., Case No. 34-2021-00310830 and the parties agree thereto.

IT IS SO STIPULATED.

Dated: 4/17/2024              GORMAN LAW OFFICE, LTD

                              By: */s/ A. Alexander Gorman*
                              _____
                                  A. Alexander Gorman
                                  Attorneys for Plaintiff
                                  BRIAN R. DECKER


Dated: 4/17/2024              PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By: */s/ Alison J. Southard*
                              _____
                                  William E. Camy
                                  Alison J. Southard
                                  Attorneys for Defendants
                                  CITY OF RANCHO CORDOVA
                                  BRANDON M. LUKE
                                  GEORGE PARSONS
                                  and JEFF COUCH

Dated:  4/17/2024                                    RIVERA HEWITT PAUL, LLP

                                                          By:  */s/ Jonathan B. Paul*
                                                              Jonathan B. Paul
                                                              Attorney for Defendants
                                                              COUNTY OF SACRAMENTO
                                                              SACRAMENTO COUNTY
                                                              SHERIFF'S OFFICE
                                                              and SCOTT JONES

Dated:  4/17/2024                                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                                          By:  */s/ Jeffrey Schultz*
                                                              Jeffrey Schultz
                                                              John Poulos
                                                              Attorneys for Defendants
                                                              SACRAMENTO MUNICIPAL
                                                              UTILITY DISTRICT
                                                              and ROBERT DUGGAN

## ORDER

Having reviewed the STIPULATION among the Parties and finding good cause therefore, it is hereby ordered that:

1. The above captioned matter is hereby Remanded back to the Superior Court of California for the County of Sacramento in <u>Decker v. County of Sacramento, et al.</u>, Case No. 34-2021-00310830.  The Clerk of Court shall serve a copy of this order on the Superior Court of California for the County of Sacramento.

**IT IS SO ORDERED.**

Dated:  April 18, 2024                               /s/ Daniel J. Calabretta
                                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                                     UNITED STATES DISTRICT JUDGE